UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GREG OSINOFF,

                Plaintiff,

                                  14 Civ. 1408 (DAB)
                                       <u>ORDER</u>

    v.

OPERA SOLUTIONS LLC, et al.,

                Defendants.
------------------------------------X

**DEBORAH A. BATTS, United States District Judge.**

    Plaintiff Greg Osinoff has filed certain documents in this case that would suggest he is interested in moving for default judgment against Defendant Opera Solutions, LLC. Accordingly, Plaintiff is directed to comply with SDNY Electronic Case Filing Rule 16.

    SO ORDERED.

DATED:    New York, NY
            January 10, 2020

                                          _____
                                          Deborah A. Batts
                                     United States District Judge