UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
GREG OSINOFF,

             Plaintiff,

    -v-

OPERA SOLUTIONS LLC and OPERA
INCENTIVE COMPANY LLC,

             Defendants.
---------------------------------------- X

14cv1408 (DLC)

ORDER ENTERING DEFAULT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2020

DENISE COTE, District Judge:

    This action was filed on March 3, 2014. The Honorable Deborah A. Batts denied defendants' motion for summary judgment on November 14, 2017. On April 18, 2018, the parties stipulated to the dismissal with prejudice of defendant Opera Incentive Company LLC and submitted their Joint Pretrial Statement as to the claims remaining against Opera Solutions LLC. On March 11, 2019, Judge Batts granted the motion of Kaplan, Williams & Graffeo, LLC, to withdraw as counsel for defendant and ordered any new counsel for defendant to file a notice of appearance within sixty days of that Order. No notice of appearance was filed.

    On December 10, Judge Batts issued an Order to Show Cause why the case should not be dismissed for failure to prosecute and ordered plaintiff to respond within thirty days. On January 8, 2020, plaintiff attempted to file a Motion for Default

Judgment. On February 19, this action was transferred to this Court's docket.

No counsel has appeared for Opera Solutions LLC since the motion to withdraw as counsel on March 11, 2019. Corporations must be represented by an attorney in federal court. <u>Pridgen v. Andresen</u>, 113 F.3d 391, 393 (2d Cir. 1997). Accordingly, it is hereby

ORDERED that default is entered against defendant Opera Solutions LLC. By an accompanying Order of Reference, the claims against Opera Solutions LLC are referred to a Magistrate Judge for an inquest on damages.

IT IS FURTHER ORDERED that plaintiff shall file with the Court by March 20 an affidavit stating that it served a copy of this Order on Opera Solutions LLC by March 13.

Dated:   New York, New York
         March 4, 2020

                                   _____
                                      DENISE COTE
                                 United States District Judge