UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GREG OSINOFF,

    Plaintiff,

-against-

OPERA SOLUTIONS LLC,

    Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/20
```

14-CV-1408 (DLC) (BCM)

**ORDER *SUA SPONTE* EXTENDING TIME**

**BARBARA MOSES, United States Magistrate Judge.**

On March 4, 2020, the Honorable Denise Cote, United States District Judge, entered a default judgment against defendant Opera Solutions LLC, and referred this case to me for an inquest on damages. (Dkt. Nos. 89, 90.)

That same day, I issued an Order directing plaintiff to file his Proposed Findings of Fact and Conclusions of Law (Proposed Findings) concerning the default judgment no later than March 27, 2020. (Dkt. No. 91.) Thereafter, at his request, I extended plaintiff's deadline to file his Proposed Findings to June 26, 2020. (Dkt. No. 95.) No Proposed Findings have been filed. Nor has plaintiff explained the delay or sought an extension.

In light of the ongoing public health emergency, the Court *sua sponte* extends plaintiff's deadline to file his Proposed Findings to **August 5, 2020.** No further extensions will be granted absent compelling circumstances.

Dated: New York, New York
      July 22, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**